December 16, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL THIBODEAUX, Appellant

NO. 14-11-00472-CV                    V.

JONATHAN R. CAMPBELL AND PRESTON J. JULIAN, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 20, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by MICHAEL THIBODEAUX.

We further order this decision certified below for observance.